U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 5 2006

ROBERT H. SHEMWELL, CLERK
BY_____
            DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANTHONY W. HUTSON** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 5:04-cv-01038** |
| **N. BURL CAIN, Warden, La. State Pen.** | **SECTION: "P"** |

## CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirement of F.R.A.P., Rule 22(b), hereby finds that:

[ ] ~~a certificate of appealability for an appeal is hereby GRANTED.~~

[X] a certificate of appealability for an appeal is hereby DENIED.

## REASONS FOR DENIAL:

_____
_____
_____
_____
_____

Date: 4/5/06

_____
United States District Judge

12